IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CRAIG GOOD,**<br><br>*Petitioner*,<br><br>v.<br><br>**KEN HOLLIBAUGH, et al.,**<br><br>*Respondents.* | **Case No. 5:23-cv-04319-JDW** |

### ORDER

AND NOW, this 10th day of September, 2024, upon consideration of the Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Petitioner's Objections To Report And Recommendation (ECF No. 21) are **OVERRULED**;

2. The Report and Recommendation dated May 24, 2024 (ECF No. 17) is **APPROVED** and **ADOPTED**;

3. The Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (ECF No. 1) is **DENIED**; and

4. A Certificate of Appealability **SHALL NOT ISSUE** because Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated

that reasonable jurists would debate the correctness of this ruling (*see* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.